# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STEVEN MYSZKA, on behalf of himself and all others similarly situated, known and unknown, </br></br> Plaintiff, </br></br> v. </br></br> NATIONAL COLLEGIATE SCOUTING ASSOCIATION, INC. </br></br> Defendant. | ) ) ) ) ) Magistrate Judge Cox ) ) Case No. 13-cv-01259 ) ) ) ) ) ) |

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT

Plaintiff Steven Myszka, on behalf of himself and a class of similarly situated individuals, moves this Court for Preliminary Approval of the Proposed Settlement with National Collegiate Scouting Association, Inc. In support of this Motion, Plaintiff submits a Supporting Memorandum of Law. Defendant does not oppose this motion.

Respectfully submitted,

Dated: December 4, 2013

s/ Douglas M. Werman
DOUGLAS M. WERMAN–dwerman@flsalaw.com
MAUREEN A. SALAS – msalas@flsalaw.com
DAVID E. STEVENS –dstevens@flsalaw.com
SARAH J. ARENDT- sarendt@flsalaw.com
Werman Law Office, P.C.
77 West Washington Street, Suite 1402
Chicago, Illinois 60602
(312) 419-1008

Attorneys for Plaintiff