UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN MYSZKA, on behalf of himself and all others similarly situated, known and unknown, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Magistrate Judge Cox Case No. 13-cv-01259 |
| Plaintiff, | | |
| v. | | |
| NATIONAL COLLEGIATE SCOUTING ASSOCIATION, INC. | | |
| Defendant. | | |

**UNOPPOSED MOTION FOR LEAVE
TO FILE A MEMORANDUM IN EXCESS OF 15 PAGES IN SUPPORT OF
PLAINTIFF'S MOTION FOR FINAL APPROVAL OF THE PARTIES' CLASS ACTION
SETTLEMENT**

Plaintiff Steven Myszka, by and through his attorneys, hereby requests leave to file a Memorandum in Support of Plaintiff's Motion For Final Approval of the Parties' Class Action Settlement. In support of this motion, Plaintiff states as follows:

1. On December 10, 2013, the Court granted Preliminary Approval of the Parties' Class Action Settlement and scheduled a hearing on Final Approval of the Settlement for March 19, 2014. ECF No. 73. The Court ordered that all documents supporting Final Approval of the Settlement be filed on or before March 12, 2014. *Id.*

2. In order to fully discuss the benefits that the Parties' Settlement confers on the Settlement Class, as well as the factors favoring final approval of the Settlement and the reasons supporting class certification, Plaintiff seeks leave from the Court to file a Memorandum of Law in excess of 15 pages and not to exceed 20 pages.

3. Defendant does not oppose this motion.

WHEREFORE, Plaintiff respectfully requests the Court grant this motion for leave to file a Memorandum in Support of Plaintiff's Motion for Final Approval of the Parties' Class Action Settlement in excess of 15 Pages and for a total not to exceed 20 pages.

                Respectfully submitted,

Dated: March 12, 2014

                s/Douglas M. Werman
                One of Plaintiffs' Attorneys

Douglas M. Werman- dwerman@flsalaw.com
Maureen A. Salas –msalas@flsalaw.com
David E. Stevens- dstevens@flsalaw.com
Sarah J. Arendt- sarendt@flsalaw.com
Werman Salas P.C.
77 W. Washington, Suite 1402
Chicago, IL 60602
(312) 419-1008