# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STEVEN MYSZKA, on behalf of himself and all others similarly situated, known and unknown, | ) ) ) ) ) |
| Plaintiff, | ) Magistrate Judge Cox ) ) Case No. 13-cv-01259 |
| v. | ) ) |
| NATIONAL COLLEGIATE SCOUTING ASSOCIATION, INC. | ) ) ) |
| Defendant. | ) |

## PLAINTIFF'S MOTION FOR FINAL
## APPROVAL OF THE PARTIES' CLASS ACTION SETTLEMENT

Plaintiff Steven Myszka, on behalf of himself and a class of similarly situated individuals, moves this Court for Final Approval of the Parties' Class Action Settlement. In support of this Motion, Plaintiff submits a Supporting Memorandum of Law.

Respectfully submitted,

Dated: March 12, 2014

s/ Douglas M. Werman
DOUGLAS M. WERMAN–dwerman@flsalaw.com
MAUREEN A. SALAS – msalas@flsalaw.com
DAVID E. STEVENS –dstevens@flsalaw.com
SARAH J. ARENDT- sarendt@flsalaw.com
Werman Salas P.C.
77 West Washington Street, Suite 1402
Chicago, Illinois 60602
(312) 419-1008

Attorneys for Plaintiff